IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDWIN BERNARDI-PÉREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 21-1383 (GLS) |

### ORDER

Plaintiff Edwin Bernardi-Pérez ("Plaintiff") filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. Docket No. 2. The Commissioner submitted an answer to the Complaint (Docket No. 13) and afterwards moved the Court to enter an order reversing its final decision and remanding Plaintiff's case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Docket Nos. 13 and 14. Plaintiff consented to the Commissioner's request. Docket No. 14.

In view of the foregoing, the Commissioner's motion is **GRANTED**, and the case is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g).

Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of January 2022.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge